JS-6

Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, CA 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff FRANK LEE DESMOND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DESMOND<br><br>        Plaintiff<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant | CASE NO. 2:18-CV-2461 JVS(ADS)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

Based upon the stipulation of the parties, this action is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

DATED: 8/22/2018           /s/ Autumn D. Spaeth
                           HON. AUTUMN D. SPAETH
                           UNITED STATES MAGISTRATE JUDGE